UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SILVIANO CHRISTMAN,                                         :
:
                Plaintiff,    :
:    21-CV-2730 (VSB)
     - against -                                          :
:    **ORDER**
:
CO MONTERO, et al.,                                         :
:
                Defendants.   :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2021

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of the letter of Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, dated August 26, 2021.  Counsel requests a stay of deadlines relating to the alleged May 15, 2020 incident only pending completion of an investigation by the New York City Department of Correction ("DOC") into that alleged incident.  Counsel's application is GRANTED and all deadlines relating to the alleged May 15, 2020 incident only are hereby STAYED.  This stay shall not apply to any deadlines related to the alleged incident taking place on June 21, 2020.

       IT IS FURTHER ORDERED that the Office is directed to file with the Court and mail to Plaintiff a status update 30 days from the filing of this Order, as well as every 30 days thereafter until completion of the DOC's investigation.

       IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: August 30, 2021
      New York, New York

                    Vernon S. Broderick
                    United States District Judge