UNITED STATES DISTRICT COURT
------------------------------------------------------------X
:
SILVIANO CHRISTMAN,                                         :
:
                     Plaintiff,            :
:      21-CV-2730 (VSB)
     - against -                                        :
:      **ORDER**
:
DEPARTMENT OF CORRECTIONS et al.,                           :
:
                     Defendants.           :
:
------------------------------------------------------------X
SOUTHERN DISTRICT OF NEW YORK

**VERNON S. BRODERICK**, United States District Judge:

      Pursuant to my Order dated December 9, 2021, (Doc. 25), Plaintiff filed his second amended complaint on January 21, 2022, (Doc. 27). Plaintiff added several additional defendants in his second amended complaint but has not requested issuance of summonses for these defendants. Because Plaintiff has been granted permission to proceed in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals Service to effect Service. (Doc. 5.) Therefore, the Clerk of Court is HEREBY directed to issue summonses for the newly-added defendants for them to be served within 90 days of the date the summonses were issued. If the complaint is not served within this time, Plaintiff can request an extension of time for service.

SO ORDERED.

Dated: January 26, 2022
       New York, New York

                                                                      Vernon S. Broderick
                                                                    United States District Judge