```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
   SILVIANO CHRISTMAN,                                     :
                                                           :
                              Plaintiff,                   :
                                                           :        21-CV-2730 (VSB)
                    - against -                            :
                                                           :        ORDER OF SERVICE
                                                           :
   DEPARTMENT OF CORRECTIONS et al.,                       :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------:
                                                           X
```

VERNON S. BRODERICK, United States District Judge:

      Today, I held a conference in this case during which I discussed issues related to service on current and former members of the Department of Corrections ("DOC"). Due to an oversight, Plaintiff was not present during today's telephone conference. Therefore, I will summarize the discussion. Counsel from the New York City Law Department appeared as an interested party since Plaintiff has dropped his claims against the City of New York, (*see* Docs. 7, 27). Counsel for DOC explained to me that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants. Specifically, in pro se cases, this Court may send request to DOC for waiver of service on behalf of its employees, and if an employee is on active status, DOC will then file a waiver of service on their behalf. However, for former employees or employees who are on leave, DOC will return the summons as unexecuted and attempt to contact these people to obtain agreement to waive service.

      Accordingly, it is hereby ORDERED that the previously suspended Order for Service dated January 26, 2022, (Doc. 28), is resumed. The Clerk of Court is directed to notify the New

York City Department of Correction of this order.  The Court requests that the following individuals waive service of summons:

- Capitan Lamar Jeffries
- CO William Johnson
- CO Timothy Schweitzer
- CO Benny Locicero
- CO Grant-Stuart
- CO T. Stuart
- CO J. Diaz
- CO J. Scott
- CO John DiCostanzo
- Yousef Mahadin, physician[1]

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

SO ORDERED.

Dated: February 3, 2022
       New York, New York

*Vernon S. Broderick*
United States District Judge

---

[1] Benny Locicero and John DiCostanzo are named as defendants in Plaintiff's second amended complaint, (Doc. 27 at 1); however, neither of them has been added to the docket as parties.