UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    SILVIANO CHRISTMAN,

                              Plaintiff,

              - against -

    CO MONTERO, et al.,

                          Defendants.
-----------------------------------------------------------X

21-CV-2730 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of Defendants' motion to dismiss and the supporting memorandum of law. (Docs. 39–40.)  Despite my repeated reminders to update the address and warnings that failure to do so may result in dismissal, (*see* Docs. 20, 23, 25, 38), Plaintiff has again failed to update his address.  Accordingly, it is hereby ORDERED that on or before June 21, 2022, Plaintiff shall (1) update his address with the Pro Se office, and (2) file his opposition to Defendants' motion to dismiss.  If Plaintiff fails to update his address, I will dismiss this case for failure to prosecute.

       The Clerk of Court is respectfully directed to mail a copy of this order to the following address:

    Silviano Christman, NYSID 03053154R
    Ulster Correctional Facility
    P.O. Box 800
    Napanoch, New York 12458-0800

SO ORDERED.

Dated: June 2, 2022
    New York, New York

                                                 Vernon S. Broderick
                                                 United States District Judge